UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TODD S.,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

CASE NO. C18-1368-MJP

**ORDER REVERSING AND REMANDING CASE FOR FURTHER ADMINISTRATIVE PROCEEDINGS**

The Court, after careful consideration of the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and **ORDER**:

1) The Court adopts the Report and Recommendation.

2) The Commissioner's decision is **REVERSED** and the case is **REMANDED** to the Social Security Administration for further proceedings consistent with the Report and Recommendation.

3) The Clerk shall provide copies of this Order to the parties and Judge Tsuchida.

DATED this __18th____ day of __March_____, 2019.

ORDER REVERSING AND REMANDING CASE FOR
FURTHER ADMINISTRATIVE PROCEEDINGS - 1

_____
Marsha J. Pechman
United States Senior District Judge

ORDER REVERSING AND REMANDING CASE FOR
FURTHER ADMINISTRATIVE PROCEEDINGS - 2