# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TODD JAMES SCIACERO, | CASE NO. C18-1368 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

The Court is in receipt of the Stipulated Motion for Award of Attorney's Fees, Costs & Expenses (Dkt. No. 24). While the proposed order directs that the fees be paid directly to Plaintiff's attorney, there is no accompanying signed agreement from Plaintiff that the fees be distributed in this manner.

The Court cannot sign off on the order without evidence of such an agreement.

The clerk is ordered to provide copies of this order to all counsel.

Filed June 4, 2019.

<pre>
                              William M. McCool
                              Clerk of Court

                               s/Paula McNabb
                              Deputy Clerk
</pre>