UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TODD JAMES SCIACERO,<br><br>      Plaintiff,<br><br> v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>      Defendant. | CASE NO. C18-1368 MJP<br><br>ORDER ON MOTION FOR EAJA FEES |

The Court has received and reviewed Plaintiff's Stipulated Motion for Award of Attorney's Fees, Costs and Expenses (Dkt. No. 24). On June 4, the Court issued a minute order indicating that, without evidence of a signed agreement from Plaintiff directing that the attorney fees and costs be distributed directly to counsel, the order would not be signed.

Plaintiff's attorney has still not provided the Court with that documentation. Accordingly,

IT IS ORDERED that the motion is DENIED without prejudice for counsel to re-file the motion when he can attach the appropriate signed agreement from his client.

The clerk is ordered to provide copies of this order to all counsel.

Dated June 26, 2019.

Marsha J. Pechman
United States Senior District Judge