U.S. DISTRICT JUDGE MARSHA J. PECHMAN
U.S. MAGISTRATE JUGE BRIAN A. TSUCHIDA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| TODD JAMES SCIACERO, | Case No. C18-1368-MJP-BAT |
|---|---|
| Plaintiff, | ORDER AWARDING ATTORNEYS FEES UNDER EQUAL ACCESS TO JUSTICE ACT |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based upon the plaintiff's application for EAJA fees, and the Court finding that plaintiff's motion is unopposed by the Commissioner, it is hereby ORDERED that attorney fees in the total amount of $2,729.66 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees, expenses, and costs are not subject to any offset allowed under the Department of the

ORDER AWARDING EAJA FEES - 1



Moschetto & Koplin, Inc., P.S.
1800 112th Ave NE, Suite 300E
Bellevue, WA 98004-2954
425-641-6000 tel
425-641-1745 fax

Treasury's Offset Program, then the check for EAJA fees, expenses, and costs shall be made payable to Plaintiff's attorney, Joseph L. Koplin

Whether the check is made payable to Plaintiff, or to Joseph L. Koplin, the check shall be mailed to Joseph L. Koplin at the following address:

    Joseph L. Koplin
    Koplin Law LLC
    8512 122nd Avenue NE, Suite 315
    Kirkland, WA 98033-5831

DATED this __23rd__ day of July, 2019.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

ORDER AWARDING EAJA FEES - 2

Moschetto & Koplin, Inc., P.S.
1800 112th Ave NE, Suite 300E
Bellevue, WA 98004-2954
425-641-6000 tel
425-641-1745 fax